BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

<u>DATE: 4/29/2021</u>

CRIMINAL CAUSE FOR PLEADING (VIA CISCO)

**DOCKET # 21cr95 (ENV)**

| <u>Defendant</u> | <u>COUNSEL</u> |
|---|---|
| Abed Ahmad | Jeffrey Lichtman |
| | Jonathan Algor |

AUSA: Joshua Hafetz and Jonathan Algor

Interpreter: n/a

COURT REPORTER: Linda Marino

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

X    CASE CALLED FOR PLEADING

X    DEFT SWORN

X    DEFENDANT WAIVES INDICTMENT

X    DEFENDANT ENTERS A PLEA OF GUILTY TO COUNTS 1-4 OF THE INFORMATION,

X    COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY &
      VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL
      BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO <u>COUNTS 1-4 OF THE INFORMATION</u>

X    BOND CONDITIONS CONTINUE

Time in Court: 55 MINUTES